1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT MASSIE,

11          Plaintiff,                    No. 2:12-cv-0525 KJN P

12      vs.

13   ARIK AMAYA, et al.,

14          Defendants.              ORDER FOR PAYMENT

15   _____/     OF INMATE FILING FEE

16   To:  The Sheriff of Shasta County, Attention:  Inmate Trust Account, 1525 Court Street,

17   Redding, California 96001:

18          Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

19   statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

20   20 percent of the greater of:  (a) the average monthly deposits to plaintiff's trust account; or (b)

21   the average monthly balance in plaintiff's trust account for the 6-month period immediately

22   preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23   filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24   of the preceding month's income credited to plaintiff's trust account.  The Shasta County Sheriff

25   is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

26   from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until

1  the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

2          Good cause appearing therefore, IT IS HEREBY ORDERED that:

3          1.  The Sheriff of Shasta County or a designee shall collect from plaintiff's inmate

4  trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

5  1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

6  payment shall be clearly identified by the name and number assigned to this action.

7          2.  Thereafter, the Shasta County Sheriff or a designee shall collect from plaintiff's

8  inmate trust account monthly payments from plaintiff's trust account in an amount equal to

9  twenty percent (20%) of the preceding month's income credited to the inmate's trust account and

10  forward payments to the Clerk of the Court each time the amount in the trust account exceeds

11  $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has

12  been paid in full.  The payments shall be clearly identified by the name and number assigned to

13  this action.

14          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

15  plaintiff's signed in forma pauperis affidavit on the Sheriff of Shasta County, Attention:  Inmate

16  Trust Account, 1525 Court Street, Redding, California 96001.

17          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18  Department of the court.

19  DATED:  April 11, 2012

20

21

22  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

23  mass0525.cdc

24

25

26

                                    2