IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT MASSIE,

    Plaintiff,                    No.  2:12-cv-0525 KJN P

    vs.

ARIK AMAYA, et al.,

    Defendants.          <u>ORDER</u>

_____/

      By an order filed May 29, 2012, this court directed the United States Marshal to serve all process without prepayment of costs.  On November 2, 2012, the Marshal returned the summons and complaint indicating defendants failed to return the waiver of personal service, and that personal service of process on defendants Amaya and Zufall had been executed.  Defendants, although served,[1] have not yet filed a responsive pleading.  Accordingly, IT IS HEREBY ORDERED that:

      1.  Defendants Amaya and Zufall show cause, within twenty-one days from the date of this order, why default should not be entered.

////

---

[1] Court records indicate that the U.S. Marshal personally served the public safety officer at the Shasta County Jail on October 25, 2012.  (Dkt. No. 17.)

1

2. The Clerk of the Court shall forward a copy of this order to the following defendants John Zufall and Arik Maya, at the Shasta County Jail, 1655 West Street, Redding, California  96001.

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

DATED:  January 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mass0525.77d