# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SCOTT MASSIE,                                               No. 2:12-cv-0525 KJN P

        Plaintiff,

    v.

ARIK AMAYA, et al.,

        Defendants.
                                    /

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Scott Massie, CDCR # AL-8010, a necessary and material witness in a settlement conference in this case on August 13, 2014, is confined in North Fork Correctional Facility, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, to appear by video conferencing at North Fork Correctional Facility, on Wednesday, August 13, 2014, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by video conference before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, North Fork Correctional Facility, 1605 East Main, Sayre, Oklahoma, 73662:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison by videoconference at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  June 27, 2014

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

mass0525.841