UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MASSIE, | No. 2:12-cv-0525 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ARIK AMAYA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Plaintiff is presently housed at a correctional facility outside the state of California. Plaintiff filed a motion to obtain his attendance at trial in this matter. Plaintiff's motion is granted. Upon issuance of the pretrial order, a jury trial date will be set, and approximately six weeks prior to the jury trial date, the court will issue a writ of habeas corpus ad testificandum for plaintiff's attendance at trial.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 42) is granted.

Dated: July 18, 2014

/mass0525.att

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1