UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MASSIE,<br><br>            Plaintiff,<br><br>      v.<br><br>ARIK AMAYA, et al.,<br><br>            Defendants. | No.  2:12-cv-0525 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel.  The parties consented to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  On October 23, 2014, counsel for defendants informed the court that the parties have settled the above-captioned case, and has represented that the documents disposing of the case will be filed within approximately sixty days.  (ECF No. 54.)  The court now orders that the dispositional documents be filed no later than December 12, 2014.

The December 8, 2014 jury trial date is hereby vacated.  In light of the settlement, plaintiff's motion for extension of time to comply with the pretrial order (ECF No. 53) is moot and is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension (ECF No. 53) is denied;

2. The December 8, 2014 jury trial date is vacated; and

1

1    3. Dispositional documents shall be filed on or before December 12, 2014.

Dated: October 24, 2014

/mass0525.set

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE