UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MASSIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARIK AMAYA, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-0525 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel. On November 6, 2014, the parties stipulated to dismissal of all claims against all defendants with prejudice. (ECF No. 56.)

　　　Accordingly, IT IS HEREBY ORDERED that all claims against all defendants are dismissed with prejudice.

Dated:  November 7, 2014

/mass0525.59

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1